# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2156

State of North Dakota, et al.

Appellees

v.

Beverly Heydinger, Commissioner and Chair, Minnesota Public Utilities Commission, et al.

Appellants

No: 14-2251

State of North Dakota, et al.

Appellants

v.

Beverly Heydinger, Commissioner and Chair, Minnesota Public Utilities Commission, et al.

Appellees

------------------------------------------------------------------------

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-03232-SRN)
(0:11-cv-03232-SRN)

------------------------------------------------------------------------

**ORDER**

The motion to dismiss the Plaintiffs' cross-appeal is granted as to the issues that the District Court did not address on the merits in its order of April 18, 2014. In that same order, the court denied Plaintiffs their attorney fees, so that portion of the judgment may be cross-appealed, the pending motion for fees notwithstanding. The appellants' opening brief in appeal 14-2156 is due November 3, 2014.

October 02, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans