

# STATE OF MINNESOTA

**OFFICE OF THE ATTORNEY GENERAL**

SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

June 23, 2016

Michael E. Gans
United States Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
Room 24.329
St. Louis, MO 63102

*Re:* *North Dakota, et al. v. Beverly Heydinger, et al.*, No. 14-2156, 14-2251

Dear Mr. Gans:

Appellants Minnesota Public Utilities Commission and Minnesota Department of Commerce, as well as the respective named Commissioners, respectfully request from the United States Court of Appeals for the Eighth Circuit a 14-day extension on the time for the filing of a petition for rehearing and/or rehearing en banc in *North Dakota, et al. v. Beverly Heydinger, et al.*, Case Nos. 14-2156, 14-2251.

The case presents numerous important and complex constitutional issues and state interests, and involves multiple agency stakeholders. The petition also must respond to a complicated decision, which consists of three analytically distinct opinions.

Under Federal Rule of Appellate Procedure 40, any petition for rehearing would currently be due on or before June 29, 2016. The requested 14-day extension would result in a due date of July 13, 2016.

Sincerely,

s/ Alethea M. Huyser
ALETHEA M. HUYSER
Manager, Civil Litigation Division
Assistant Attorney General

(651) 757-1243 (Voice)
(651) 282-5832 (Fax)

cc: Thomas H. Boyd



Appellate Case: 14-2156 Page: 1 Date Filed: 06/23/2016 Entry ID: 4416423

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Alethea M. Huyser

ALETHEA M. HUYSER
Assistant Attorney General
alethea.huyser@ag.state.mn.us

MICHAEL EVERSON
Assistant Attorney General
Atty. Reg. No. 0388310
michael.everson@ag.state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 757-1243
Fax: (651) 282-5832

ATTORNEYS FOR APPELLANTS / CROSS-APPELLEES