# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2156

State of North Dakota, et al.

Appellees

v.

Beverly Heydinger, Commissioner and Chair, Minnesota Public Utilities Commission, et al.

Appellants

------------------------------

American Wind Energy Association, et al.

Amici on Behalf of Appellant(s)

American Coalition for Clean Coal Electricity, et al.

Amici on Behalf of Appellee(s)

No: 14-2251

State of North Dakota, et al.

Appellants

v.

Beverly Heydinger, Commissioner and Chair, Minnesota Public Utilities Commission, et al.

Appellees

------------------------------

American Coalition for Clean Coal Electricity, et al.

Amici on Behalf of Appellant(s)

Solar Energy Industries Association, et al.

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-03232-SRN)
(0:11-cv-03232-SRN)

**ORDER**

The motion of appellants/cross-appellees for an extension of time until July 13, 2016, to file a petition for rehearing is granted.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for rehearing.

June 23, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans